# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

**To All Parties Having Criminal Cases Listed Below:** Please take notice that the following criminal case has been **SCHEDULED** for sentencing or final revocation hearing on **February 3, 2026** at the time listed below, **before the HONORABLE Timothy M. Cain at the Carroll A Campbell Jr Courthouse, Courtroom 6100, 250 East North St, Greenville, SC.**

| Time | Type | | |
|---|---|---|---|
| 10:00 AM | **SENTENCING** | | |
| 6:25cr65 | Tyshaun Jerome Smith | Ryan Beasley, RET | |
| | | Winston Marosek, AUSA | |